**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.   20-308-1** |
| | : | |
| **ROMEL BOLGER** | : | |

# ORDER

**AND NOW**, this 9th day of December 2020, upon considering Defendant's Motion for pretrial release from custody (ECF Doc. No. 21), the United States' Response (ECF Doc. No. 30), careful review of the sealed medical records, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for release (ECF Doc. No. 21) is **DENIED**.

_____
**KEARNEY, J.**