APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

United States                             :    CIVIL ACTION
                                          :
          v.                              :
Romel Bolger                              :
                                          :    NO.  20-CR-308 (MAK)

ORDER

AND NOW, this _____ Day of _____, 2020, it is hereby

ORDERED that the application of <u>John Meringolo</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                 J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 20-CR-308 (MAK)

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, __John Meringolo__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 1/2000 | 3021540 |
| New Jersey | 5/1999 | 008031999 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Southern District NY | 11/2003 | JM3487 |
| Eastern District NY | 11/2003 | JM3487 |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Romel Bolger__

(Applicant's Signature)

2/4/2021
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

John Meringolo, Esq., Meringolo & Associates, P.C.

375 Greenwich Street

New York, NY 10013

Sworn and subscribed before me this

4th Day of February, 2020 2021

Notary Public

ANJELICA BIANCA CAPPELLINO
Notary Public, State of New York
Reg. No. No. 02CA6263272
Qualified in Kings County
Commission Expires 6-11-2024

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___John Meringolo___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert Gamburg | [signature] | June 1995 | 68808 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gamburg & Benedetto, LLC

1500 John F. Kennedy Blvd, Suite 1203, Phila PA 19102

215.567.1486

Sworn and subscribed before me this

5th Day of Feb, 2021

[signature]
Notary Public

Commonwealth of Pennsylvania - Notary Seal
DONNA M. LOMBARDO, Notary Public
Philadelphia County
My Commission Expires November 13, 2021
Commission Number 1097732

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Romel Bolger | : | |
| | : | NO.  20-CR-308 (MAK) |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___John Meringolo___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

via electronic court filing (ECF)

_____
Signature of Attorney

John Meringolo
Name of Attorney

Romel Bolger
Name of Moving Party

2/4/2021
Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSLYVANIA
-----------------------------------------------------X
UNITED STATES OF AMERICA,

v.

ROMEL BOLGER,
                     Defendant.
-----------------------------------------------------X

20-CR-308 (MAK)

AFFIRMATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

JOHN MERINGOLO affirms under penalty of perjury as follows:

1. I earned my Juris Doctor degree from New York Law School in 1999. I have been admitted to practice law in the State of New York since 2000. I am also admitted to practice in New Jersey State, the Southern and Eastern Districts of New York, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, and the United States Supreme Court.

2. I opened my own practice in 2003, which specialized in federal criminal defense.

3. I have never been disciplined by any bar or court.

4. Defendant Romel Bolger would like my firm to represent him in the above-captioned criminal matter.

5. As I am not admitted to practice before this Court, I submit this affirmation in support of my motion to be admitted *pro hac vice*.

Dated: February 4, 2021
New York, NY

_____
John Meringolo, Esq.