# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 20-308-1** |
| | : | |
| **ROMEL BOLGER** | : | |

## ORDER

**AND NOW**, this 5th day of February 2021, upon considering the noncompliant Motions of John Meringolo, Esquire for admission *pro hac vice* (ECF Doc. Nos. 48 & 49), it is **ORDERED** the noncompliant Motions of John Meringolo, Esquire (ECF Doc. Nos. 48 & 49) to practice under Local Rule of Civil Procedure 83.5.2(b) are **DENIED** without prejudice to move compliant with this Court's Policies and Procedures (November 2020) including Section I. (J.) and (K.).

**KEARNEY, J.**